UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL EUGENE CALHOUN,

     Plaintiff,

                                      Hon. Paul L. Maloney

v.

                                      Case No. 1:23-cv-00459-PLM-RSK

HEIDI WASHINGTON, et al.,

     Defendants.

_____/

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Samuel Eugene Calhoun has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Objections to Report and Recommendation  – ECF No. 72

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Samuel Eugene Calhoun #379175 files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED.

Date:  July 16, 2026

                                         /s/ Ray Kent
                                         RAY KENT
                                         U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL EUGENE CALHOUN,

      Plaintiff,

v.

HEIDI WASHINGTON, et al.,

      Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:23-cv-00459-PLM-RSK

**SIGNATURE PAGE FOR:**

Objection to Report and Recommendation  – ECF No. 72

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE
AS REQUIRED BY THE ATTACHED ORDER.